IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00255-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2014.**

      In light of the Notice of Voluntary Dismissal of Party Max Ewing Without Prejudice [docket # 21], the Motion to Reconsider Appearance by Phone [filed June 11, 2014; docket #24] is **denied as moot.**